395 A.2d 572

**COMMONWEALTH of Pennsylvania,**

v.

**Robert Stephen CAPORELLO, a/k/a Cappy, Appellant.**

Supreme Court of Pennsylvania.

Argued Nov. 13, 1978.

Decided Dec. 29, 1978.

Bruce A. Carsia, Norma Chase, Pittsburgh, for appellant.

Richard C. Tinucci, Ralph B. D'Iorio, Asst. Dist. Attys., Media, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, MANDERINO and LARSEN, JJ.

## OPINION

PER CURIAM:

Judgment of sentence affirmed.

POMEROY, J., did not participate in the decision of this case.